IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DOLORES TAPIA, on her own behalf and
as mother, general guardian, and next friend
of S.T. and G.T.,**

    **Plaintiffs,**

v.                                     Case No. 14-CV-510 SCY/RHS
                                      First Judicial District Court Case#
                                      D-117-CV-2014-00153

**CITY OF ESPANOLA, CITY OF ESPANOLA
POLICE DEPARTMENT, and JOHN VIGIL,**

    **Defendants.**

## AMENDED NOTICE OF FILING STATE COURT RECORD

Defendants, hereby give notice of compliance with Rule 81.1(a) of the Local Rules of the United States District Court for the District of New Mexico by filing copies of the pleadings filed in the First Judicial District for the State of New Mexico, County of Rio Arriba, Cause No. D-117-CV-2014-00153 filed by Plaintiffs, attached as Exhibit A.

                                             Respectfully submitted,

                                             BASHAM & BASHAM, P.C.

                             By:     */s/ Mark A. Basham*
                                             Mark A. Basham
                                             *Attorneys for Defendants*
                                             2205 Miguel Chavez Road, #A
                                             Santa Fe, NM   87505-1111
                                             (505) 988-4575
                                             mbasham@bbpcnm.com

I HEREBY CERTIFY that on the 29th day of May, 2014, I filed the foregoing electronically through the CM/ECF Filing System, which caused the following parties or counsel to be served by electronic means:

John W. Day
Jamison L. Barkly
128 Grant Avenue
Santa Fe, NM   87501
jday@egolflaw.com
jamison@egolflaw.
*Attorneys for Plaintiffs*


 */s/ Mark A. Basham*
Mark A. Basham