IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DOLORES TAPIA, on her own behalf and
As other, general guardian, and next friend
Of S.T. and G.T,

        Plaintiff,

-vs-                                                                                    No. CV 14-510 KG/RHS

CITY OF ESPNAOLA, ET AL,

        Defendants.

## NOTICE OF DEFICIENCY

Please be advised that the pleading(s) electronically filed in this matter are incorrect for the following reasons(s):

1.   ( )   Document e-filed in wrong case

2.   ( )   Case number and case caption is incorrect for documents 29 and 30

3.   ( )   Document e-filed with account not matching name listed as signor of document

4.   ( )   Document linked incorrectly

5.   ( )   Incorrect document type selected - Event _____ Category _____

6.   ( )   Incorrect party role selected

7.   ( )   Incorrect party added to the case

8.   **(√)**   **Document # 23 not in compliance with Local Rule D.N.M.LR-Civ. 10.1**

9.   ( )   Document is illegible

10.   ( )   Leave of court required to file document

11.   ( )   Party not added to the case

12. ( ) Incorrect PDF document attached

13. ( ) Party(ies) not terminated

14. ( ) Other:

TYPE OF ACTION:

1. ( ) Action by the Court

2. (√) Action by the Filer:

    ( ) Refile document in correct case

    ( ) Refile corrected documents with certificate of services

    ( ) Refile document when leave of the court is granted

    ( ) Refile document using correct event

    ( ) No further action required

    (√) **Other: FOR FUTURE FILINGS PLEASE INCLUDE THE CORRECT JUDGES' INITIALS:   KG/RHS**

    Please be advised that failure to correct the above-noted deficiencies **WITHIN THREE (3) DAYS OF THE DATE OF THIS NOTICE** may result in the pleading(s) being stricken from the record.

electronically filed
MATTHEW J. DYKMAN
CLERK, U.S. DISTRICT COURT