# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

## Before the Honorable Gregory B. Wormuth
## United States Magistrate Judge

### Clerk's Minutes

### CIV 14-510 KG/GBW

*Tapia v. City of Espanola, et al.*

### Date of Hearing:    1/27/2015
*(not recorded)*

**Attorney(s) for Plaintiff(s)**:        John W. Day, Jamison Barkley

**Attorney(s) for Defendant(s)**:    Mark A. Basham

**Proceedings**:                              Telephonic Status Conference

*Start Time*:                                   10:30 a.m.
*Stop Time*:                                   10:37 a.m.
**Total Time:**                                **7 minutes**

**Clerk**:                                         JGM

**Notes**:

- The Court made introductions.
- The Court noted that this case had recently been reassigned from Judge Scott.  The Court explained that it had set this status conference to discuss setting a settlement conference.
- The parties informed the Court that they were scheduled to have a private mediation on February 20, 2015.  Nonetheless, both sides felt that it would be beneficial to hold a subsequent settlement conference with the Court in the

  event that the private mediation did not fully resolve the case.
- After consulting with the parties, the Court set a settlement conference for April 9, 2015, at 10:30 a.m. in Las Cruces.
- The Court requested that the parties call chambers after the private mediation on February 20 to inform the Court whether the case settled.
- The Court informed the parties that it would be prepared to address discovery disputes through informal status conferences as an alternative to lengthy and costly motions practice, and that the parties could take advantage of this option by simply contacting the Court.
- The Court closed the proceedings.