IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DOLORES TAPIA, on her own behalf and
As mother, general guardian, and next friend
Of S.T. and G.T,

   Plaintiff,

-vs-

              CV14-510 KG/GBW

CITY OF ESPANOLA, ET AL,

   Defendants.

## **NOTICE OF DEFICIENCY**

  Please be advised that the pleading(s) electronically filed in this matter are incorrect for the following reasons(s):

1.  ( )  Document e-filed in wrong case

2.  ( )  Case number and case caption is incorrect for documents 29 and 30

3.  ( )  Document e-filed with account not matching name listed as signor of document

4.  ( )  Document linked incorrectly

5.  ( )  Incorrect document type selected - Event _____ Category _____

6.  ( )  Incorrect party role selected

7.  ( )  Incorrect party added to the case

8.  **(√)**  **Document # 43 not in compliance with Local Rule D.N.M.LR-Civ. 10.1**

9.  ( )  Document is illegible

10.  ( )  Leave of court required to file document

11.  ( )  Party not added to the case

12. ( ) Incorrect PDF document attached

13. ( ) Party(ies) not terminated

14. ( ) Other:

TYPE OF ACTION:

1. ( ) Action by the Court

2. (√) Action by the Filer:

   ( ) Refile document in correct case

   ( ) Refile corrected documents with certificate of services

   ( ) Refile document when leave of the court is granted

   ( ) Refile document using correct event

   ( ) No further action required

   **(√) Other: FOR FUTURE FILINGS PLEASE INCLUDE THE CORRECT JUDGES' INITIALS: KG/GBW**

Please be advised that failure to correct the above-noted deficiencies **WITHIN THREE (3) DAYS OF THE DATE OF THIS NOTICE** may result in the pleading(s) being stricken from the record.

electronically filed
MATTHEW J. DYKMAN
CLERK, U.S. DISTRICT COURT