IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DOLORES TAPIA, on her own behalf and
as mother, general guardian, and next friend
of S.T. and G.T.,

    Plaintiffs,

v.                                    Case No. 14-CV-510 KG/GBW
                                    First Judicial District Court Case#
                                    D-117-CV-2014-00153

CITY OF ESPANOLA, CITY OF ESPANOLA
POLICE DEPARTMENT, and JOHN VIGIL,

    Defendants.

## STIPULATED DISMISSAL OF JOHN VIGIL AND CITY OF ESPANOLA POLICE DEPARTMENT

**COME NOW** the Defendants City of Espanola, City of Espanola Police Department and John Vigil ("Defendants") by and through their counsel of record Basham & Basham, P.C. (Mark A. Basham) and Dolores Tapia, on her own behalf and as mother, general guardian and next friend of S.T. and G.T.("Plaintiffs") by and through their counsel of record Egolf, Ferlic & Day, LLC (John W. Day) and stipulate to the dismissal of the Espanola Police Department and John Vigil with prejudice.

**WHEREFORE** the Defendants and Plaintiffs move an order dismissing with prejudice all claims brought or that could have been brought in the above captioned matter against the City of Espanola Police Department and John Vigil and with each party to bear their own costs and attorney's fees and costs.

1

Dated: March 11, 2015

Respectfully Submitted,

BASHAM & BASHAM, P.C.


By: */s/ Mark A. Basham*
Mark A. Basham
2205 Miguel Chavez, Suite A
Santa Fe, New Mexico 87505
(505) 988-4575
Attorneys for Defendants
mbasham@bbpcnm.com


and


EGOLF, FERLIC & DAY, LLC

By: */s/ John W. Day*
John W. Day
Jamison Barkley
128 Grant Avenue
Santa Fe, New Mexico 87501
(505) 986-9641
jday@egolflaw.com
Jamison@egolflwa.com