IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DOLORES TAPIA, on her own behalf and
as mother, general guardian, and next friend
of S.T. and G.T.,**

    **Plaintiffs,**

v.                                   Case No. 14-CV-510 KG/GBW

**CITY OF ESPANOLA, CITY OF ESPANOLA
POLICE DEPARTMENT, and JOHN VIGIL,**

    **Defendants.**

## ORDER OF DISMISSAL OF JOHN VIGIL AND CITY OF ESPANOLA POLICE DEPARTMENT

**THIS MATTER** having come before the Court on the parties' Stipulated Dismissal of John Vigil and City of Espanola Police Department with Prejudice [Doc. 43] filed March 11, 2015.

**IT IS HEREBY ORDERED** that all claims that were made or that could have been made in the above captioned matter against John Vigil and the Espanola Police Department are hereby dismissed with prejudice. Each party shall bear their own costs and attorney's fees.

**IT IS SO ORDERED.**

                                                _____
                                                UNITED STATES DISTRICT JUDGE

Respectfully Submitted,

BASHAM & BASHAM, P.C.


By */s/ Mark A. Basham*
Mark A. Basham
2205 Miguel Chavez, Suite A
Santa Fe, New Mexico 87505
(505) 988-4575
Attorneys for Defendants
mbasham@bbpcnm.com


and


EGOLF, FERLIC & DAY, LLC

By */s/ John W. Day*
John W. Day
Jamison Barkley
128 Grant Avenue
Santa Fe, New Mexico 87501
(505) 986-9641
jday@egolflaw.com
Jamison@egolflwa.com