IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DOLORES TAPIA, on her own behalf and
as mother, general guardian, and next friend
of S.T. and G.T.,**

    **Plaintiffs,**

v.                                    **Case No. 14-CV-510 KG/GBW**
                                    **First Judicial District Court Case#**
                                    **D-117-CV-2014-00153**

**CITY OF ESPANOLA,**

    **Defendant.**

## JOINT STIPULATION OF DISMISSAL

**COMES NOW** the Defendant City of Espanola ("Defendant") by and through its counsel of record Basham & Basham, P.C. (Mark A. Basham) and Dolores Tapia, on her own behalf and as mother, general guardian and next friend of S.T. and G.T.("Plaintiffs") by and through their counsel of record Egolf, Ferlic & Day, LLC (John W. Day) and stipulate to the dismissal of the Defendant with prejudice as the parties have resolved their differences.

**WHEREFORE** the Defendant and Plaintiffs move for an order dismissing with prejudice all claims brought or that could have been brought in the above captioned matter against the City of Espanola with each party to bear their own costs and attorney's fees and costs.

1

Dated:  April 9, 2015

                                              Respectfully Submitted,

                                              BASHAM & BASHAM, P.C.

By: ***/s/ Mark A. Basham***
Mark A. Basham
2205 Miguel Chavez Rd., Suite A
Santa Fe, New Mexico 87505
(505) 988-4575
Attorneys for Defendants
mbasham@bbpcnm.com

and

EGOLF, FERLIC & DAY, LLC

By: ***/s/ John W. Day***
John W. Day
Jamison Barkley
128 Grant Avenue
Santa Fe, New Mexico 87501
(505) 986-9641
jday@egolflaw.com
Jamison@egolflwa.com